[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1276

 UNITED STATES,

 Appellee,

 v.

 ALVIN PENN,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Patti B. Saris, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Paul J. Haley on brief for appellant. 
Donald K. Stern, United States Attorney, and Michael J. Pelgro, 
Assistant United States Attorney, on brief for appellee.

 

 October 14, 1997
 

 Per Curiam. Upon careful review of the briefs and 

record, we find no merit in appellant's arguments.

Particularly, we decline appellant's invitation to expand the

concept of sentence factor manipulation in this case. As the

district court found, with adequate support, that the

government's conduct was proper and that appellant was

predisposed to the drug sales, there was no cognizable basis

for a claim of sentence factor manipulation. See United 

States v. Montoya, 62 F.3d 1, 3-4 (1st Cir. 1995).  

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-